JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MONSTER ENERGY COMPANY, | ) | Case No. ED CV 15-00509-RGK (KKx) |
| Plaintiff(s), | ) | |
| v. | ) | ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |
| OLYMPIC EAGLE DISTRIBUTING, et al. | ) | |
| Defendant(s). | ) | |

On April 13, 2015, an Order to Show Cause re Dismissal for Lack of Prosecution was issued.

Plaintiff timely filed a response to the Order to Show Cause on April 16, 2015. After review of the response, the Court does not find good cause shown and Orders the matter dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: April 20, 2015

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE